UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

LUIS ADAMES ZAMBRANO,

     Petitioner,

v.                                                                    No. 1:25-CV-260-H

PAMELA BONDI, et al.,

     Respondents.

## <u>ORDER</u>

Before the Court is Luis Adames Zambrano's habeas petition (Dkt. No. 1). The Court observes that Adames Zambrano can no longer be located through ICE's Online Detainee Locator System using his biographical information. The Court is also unable to locate him using his A-Number. *See* Dkt. No. 1-3 at 2. Further, there is a new immigration hearing in Adames Zambrano's case, which is set for February 22, 2028 in Chicago, Illinois, which was Adames Zambrano's place of residence before being detained. *See* Dkt. No. 1 ¶¶ 5, 13.

In light of the above information, the Court orders the parties to submit a joint status report, on or before February 3, 2026, indicating whether Adames Zambrano has been released from ICE custody.

So ordered on January 26, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE