UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| LUIS ADAMES ZAMBRANO,<br><br>    Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>    Respondents. | No. 1:25-CV-260-H |

## ORDER OF DISMISSAL

Before the Court is the parties' joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 10. The Court ordered the parties on January 26 to clarify whether the petitioner, Luis Adames Zambrano, remained in ICE custody. *See* Dkt. No. 9. In their stipulation, the parties indicate that Adames Zambrano was ordered released over two weeks ago. Dkt. No. 10 at 4–5. At the time of his release, Adames Zambrano's habeas petition was ripe for review.

The joint stipulation is approved. It is ordered that Adames Zambrano's habeas petition (Dkt. No. 1) is denied with prejudice, and the Clerk of the Court is directed to close the case. The parties shall each bear their own costs and attorneys' fees.

Going forward, to conserve judicial resources and ensure the timely and careful resolution of all immigration habeas petitions before this Court, counsel for the petitioner as well as counsel for the respondents are instructed to promptly notify the Court if a petitioner before this Court is released.

So ordered on January 28, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE